**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JOSEPH SCOTT WALL | CIVIL ACTION NO. 05-1787 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| AMERICAN PRODUCTS CO. AND THE PEP BOYS-MANNY MOE & JACK, INC. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 23) on the issue of liability filed by the plaintiff, Joseph Scott Wall, be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Record Document 25) filed by the defendant and cross-claimant, The Pep Boys-Manny Moe & Jack, Inc., be and is hereby **GRANTED**.

The liability phase of the above-captioned matter is hereby closed. The case shall proceed only as to the issues of the plaintiff's damages and the amounts due under the indemnification clause of the Vendor Agreement between American Products Co. and The Pep Boys-Manny Moe & Jack, Inc.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of November, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE